IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE W. SCHOY, JR. | : |
| Plaintiff | : |
| v. | : Civil Action No. 06-537 GMS |
| COMMISSIONER OF SOCIAL SECURITY | : |
| Defendant | : |

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this __14th__ of March 2008, the above-captioned case having been previously referred to Magistrate Judge Mary Pat Thynge on December 15, 2006;

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Thynge shall:

Hear and determine all cross-motions for summary judgment (by report and recommendation).

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

MAR 14 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE