IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE W. SCHOY, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-537-GMS/MPT |
| : | |
| MICHAEL J. ASTRUE, Commissioner : | |
| of Social Security, : | |
| : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **17th** day of **June, 2008**.

For the reasons set forth in the Report and Recommendation entered in this case on the same date,

IT IS RECOMMENDED that Plaintiff's motion for summary judgment (D.I. 17) be DENIED, and Defendant's motion for summary judgment be GRANTED.

Pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72 (b)(1), and D. Del. LR 72.1, any objections to the Report and Recommendation shall be filed within ten (10) days after being served with the same.

The parties are directed to the Court's Standing Order in *Pro Se* Matters for Objections Filed under Fed. R. Civ. P. 72 (dated April 7, 2008), a copy of which is found on the Court's website (www.ded.uscourts.gov.)

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE