IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GEORGE W. SCHOY, JR. :

    Plaintiff :

v. : Civil Action No. 06-537 GMS-MPT

MICHAEL J. ASTRUE, Commissioner :
of Social Security
 :
    Defendant
 :

ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION ABSENT TIMELY OBJECTION

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Mary Pat Thynge issued on June 17, 2008, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been received.

Accordingly, IT IS this ___15th___ day of July, 2008, by the United States District Court for the District of Delaware, ORDERED that:

1. Magistrate Judge Thynge's Report and Recommendation (D.I. 23) BE, and the same hereby IS, ADOPTED;

2. Plaintiff's Motion for Summary Judgment (D.I. 17) is DENIED, and the defendant's Motion for Summary Judgment (D.I. 18) is GRANTED;

3. Judgment BE, and the same hereby IS, ENTERED in favor of the defendant and against the plaintiff; and

4. The clerk will CLOSE this case.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
JUL 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE